ACCEPTED
04-11-00304-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/5/2015 1:17:09 PM
KEITH HOTTLE
CLERK

Case No. 04-11-00304-CV

\*\*\*

IN THE COURT OF APPEALS
FOR THE FOURTH COURT OF APPEALS
IN SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/05/15 1:17:09 PM
KEITH E. HOTTLE
Clerk

\*\*\*

BRADLEY L. CROFT,
Appellant,

v.

AMS SA MANAGEMENT, LLC
d/b/a ASSOCIATION MANAGEMENT SERVICES
Appellee.

## MOTION TO DISMISS APPEAL

Appellee is AMS SA Management, LLC d/b/a Association Management Services ("AMS"). Appellant is Bradley L. Croft ("Croft").

This Court has authority under Tex. R. App. P. 42.2(a)(1) to grant a motion by an appellant to voluntarily dismiss his appeal. On July 28, 2015, AMS purchased from the bankruptcy trustee all of Croft's appellate rights. The sale of Croft's appellate rights were approved by the United States Bankruptcy Court for the Western District of Texas. A true and correct copy of that court's order is attached as Exhibit 1. Having purchased Croft's appellate rights, AMS has succeeded to Croft's rights as appellant.

For these reasons, AMS moves the Court to dismiss this appeal and to tax all

Page 1 of 3

appellate costs against the person who incurred the same.

Respectfully submitted,

_Charles B. Gorham_

Charles B. Gorham
TBN: 08215000

Charles B. Gorham, LLP
1027 Austin Highway, Suite 150
San Antonio, Texas 78209
Tel. 210/822-5775
Fax 210/822-3883
E-mail charles@cgorham.com

Attorney for Appellee

## Certificate of Service

I certify that I caused a copy of the foregoing instrument to be served on the persons listed below by electronic service on August 5, 2015 and the electronic transmission was reported as complete. My e-mail address is charles@cgorham.com:

David T. Cain
8610 N. New Braunfels Avenue
Suite 309
San Antonio, TX 78217
caindt@swbell.net

_Charles B. Gorham_

Charles B. Gorham

## Affidavit in Support of Motion to Dismiss

Before me, the undersigned authority, personally appeared Charles B. Gorham, who, being by me duly sworn, deposed as follows:

"My name is Charles B. Gorham, I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

Attached to this motion as Exhibit 1 is a true and correct copy of the Order Authorizing Trustee's Sale of Personal Property Interests Free and Clear of Liens and Interest signed by Judge Craig A. Gargotta, United States Bankruptcy Judge, on August 3, 2015."

_____
Charles B. Gorham

Sworn to and subscribed before me on August 5, 2015.

_____
Notary Public, State of Texas

BARBARA ELIZABETH MC KINNEY
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 9/22/16



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 03, 2015.**

_Craig A. Gargotta_

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-52905-cag |
| BRADLEY L. CROFT, | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |

## ORDER AUTHORIZING TRUSTEE'S SALE OF PERSONAL PROPERTY INTERESTS FREE AND CLEAR OF ALL LIENS AND INTERESTS

On the 28th day of July, 2015, came on for consideration the Trustee's Motion to Sell personal property interests belonging to the bankruptcy estate as incorporated and conditioned in the _Motion For An Order Authorizing And Approving:(I) Bid Procedures, Including A Stalking Horse, And Scheduling An Auction And Sale Hearing; And(Ii) Certain Related Relief_ and the _Order approving Motion For An Order Authorizing And Approving:(I) Bid Procedures,_

**EXHIBIT**

1

PENGAD 800-631-6989

*Including A Stalking Horse, And Scheduling An Auction And Sale Hearing; And(Ii) Certain Related Relief* (the "Order") entered on July 21, 2015 (Dkt #132).

The Court finds that the Notice of this hearing and the establishment of the bid procedures required by the Order is proper and, specifically, that the Trustee confirmed the delivery of said notice in the Certificate of Service filed on July 21, 2015 (Dkt.# 133).

The Court finds that the Bankruptcy Estate owns certain personal property interests in the form of defensive appellate rights as determined, on appeal, by an order entered in the United States District Court and upheld by the Court of Appeals for the Fifth Circuit.

### Property to be Sold

The Court finds that the specific appellate rights that are being sold by the estate are as follows:

### Defensive Appellate Right No. 1

Trial Court Cause No. 2010-CI-09853, *Richard Snell, Bradley L. Croft, Individually, and as Trustee of the Willawall Investments Trust v. Jason S. Gadsby, Shavano Rogers Ranch Swim Club, Inc. at al.* In this case, the trial court awarded a court penalty of $1.00; an $11,760.90 sanction award in favor of individual defendants and Shavano Rogers Ranch Swim Club, Inc.; a $15,000 sanction award in favor of AMS SA Management, LLC; a $71,157.22 attorney fee award in favor of individual defendants and Shavano Rogers Ranch Swim Club, Inc.; and a $7,554.53 attorney fee award in favor of AMS SA Management, LLC.

The Debtor appealed the trial court judgment and award to the Fourth Court of Appeals; Appellate Cause No. 04-11-00573-CV, *Bradley L. Croft, Trustee of Willawall Investment Trust v. Jason Gadsby.*

### Defensive Appellate Right No. 2

Trial Court Cause No. 2009-CI-15857, *Bradley L. Croft v. AMS SA Management, LLC.* In this case, the trial court awarded a court penalty of $1.00; a $4,000 sanction award in favor of AMS SA Management, LLC; and a $5,000 attorney fee award in favor of AMS SA Management, LLC.

The Debtor appealed the trial court judgment and award to the Fourth Court of Appeals; Appellate Cause No. 04-11-00304-CV, *Bradley L. Croft v. AMS SA Management, LLC.*

### Conduct of the auction sale

The Court effectuated the terms of the Order by opening an auction in open court. No other party appeared to participate in the auction other than the Stalking Horse named in the Order.

The Trustee informed the Court that he had received a certified check in the amount of $5,000.00 from Clifton L. Lowry that was paid on behalf of the Stalking Horse (the "Lowry Creditors") named in the Order and that he had received no other bids or payments from any other party. Accordingly, the Trustee recommended that the Court accept the offer submitted by Clifton L. Lowry, on behalf of the Lowry Creditors, as the successful bid.

The Court finds that the bid submitted by Clifton L. Lowry, on behalf of the Lowry Creditors, in the amount of Five Thousand and No/100 Dollars ($5,000.00) should be approved as the successful bid.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the Trustee is authorized to sell the Property to Clifton L. Lowry, on behalf of the Lowry Creditors, in the amount of Five Thousand and No/100 Dollars ($5,000.00). It is, further,

It is further ORDERED, ADJUDGED, AND DECREED that as to the property of the bankruptcy estate and pursuant to Sections 363(c) and (f) of the Bankruptcy Code, this sale is

made free and clear of any and all liens, claims, interests or encumbrances of any kind, valid and invalid. Upon the sale of the Property and the payment of the purchase price, all liens and interests are deemed released as to the Property, as herein set forth, and only (1) those liens or interests set out in the Motion, and (2) those liens or interests of claimants who have filed responses to the Trustee's Motion prior to this Order and whose lien claims are allowed shall attach to the net proceeds of the sale and shall, under no circumstances, ever revert to the Property itself.

IT IS FURTHER ORDERED that as to the property of the bankruptcy estate, such sale of the Property is "as is," and "where is," with all faults, without recourse on the Trustee or the bankruptcy estate and without any warranty of any kind whatsoever.

IT IS FURTHER ORDERED that the stay provided by Federal Rule of Bankruptcy Procedure Local Rule 6004(g) shall be vacated immediately so the sale can be completed after entry of this Order on the docket.

###

Order submitted by:


Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net